IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND JOHN SANTOS, JR.,

        Plaintiff,                  No. CIV S-02-1814 GEB PAN P

    vs.

CITY OF WEST SACRAMENTO, WEST SACRAMENTO POLICE DEPARTMENT OFFICER ERIC ANGLE,

        Defendants.              <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983 for the shooting death of plaintiff's son in October 2001. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On April 13, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and

1

which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 13, 2005, are adopted in full; and

2. Defendants' September 17, 2004, motion for summary judgment is granted and that all other pending motions are denied as moot.

Dated:  May 5, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2